UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS K.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:20-cv-00515-AHG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE**<br><br>**[ECF No. 14]** |

    Before the Court is Plaintiff Kris K.'s ("Plaintiff") Motion for Leave to Electronically File Using CM/ECF. ECF No. 14. Plaintiff, proceeding *pro se*, represents to the Court that he will follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual, and that his equipment meets the technical specifications required to use the CM/ECF system. *Id*.

    Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Apr. 12,

2022), available at https://www.casd.uscourts.gov/assets/pdf/attorney/Electronic%20Case%20Filing%20Procedures%20Manual.pdf. However, a *pro se* party may seek leave to electronically file documents by "fil[ing] a motion and demonstrat[ing] the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id*.

Upon consideration of the instant motion, and good cause appearing, the Court **GRANTS** Plaintiff's Motion and **ORDERS** Plaintiff to register as a user with the Clerk's Office and as a subscriber to PACER **within 5 business days**, pursuant to Section 2(b) of the U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual. *The Court reminds Plaintiff that electronic filing is privilege and that any abuse of the CM/ECF system may result in termination of his electronic filing privileges.*

**IT IS SO ORDERED.**

Dated:  May 27, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge